## HUDSON v. HUDSON

No. 244P84.

Case below: 67 N.C. App. 763.

Petition by defendant for discretionary review under G.S. 7A-31 denied 22 May 1984.

## IN RE DUNLAP

No. 45P84.

Case below: 66 N.C. App. 152.

Petition by New Hanover County and New Hanover County Board of Education for discretionary review under G.S. 7A-31 denied 5 June 1984. Motion by respondent to dismiss appeal for lack of substantial constitutional question allowed 5 June 1984.

## MIMS v. MIMS

No. 63P84.

Case below: 65 N.C. App. 725.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.

## N.C. STATE BAR v. BRASWELL

No. 198P84.

Case below: 67 N.C. App. 456.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984. Defendant's notice of appeal dismissed 5 June 1984.

## NORMILE v. MILLER AND SEGAL v. MILLER

No. 487PA83.

Case below: 63 N.C. App. 689.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 5 June 1984.